_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 27, 2018

Eric R. Newmark, Esq.
Nevada Bar No. 12054
KARSAZ & ASSOCIATES
6276 S. Rainbow Blvd., Ste. 120
Las Vegas, Nevada 89118
Phone (702) 635-9886
Fax (702) 802-3880
enewmark@karsaz-law.com
*Attorney for Galleria Palms, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | ) Case No. 18-10877-abl |
| | ) |
| **DEL-RENEE POWELL,** | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |
| _____ | ) |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

THIS MATTER having come before the Court on August 22, 2018 on Creditor **GALLERIA PALMS, LLC ("GALLERIA"),** Motion for Relief from Automatic Stay; Creditor sought relief from the Automatic Stay for the purpose of recovering possession of 625 Whitney Ranch Dr., Apt. # 823, Henderson, Nevada 89104 ("Subject Property"). No opposition having been filed. The Court having reviewed the Motion and the papers and pleadings on file, and upon hearing argument, herein and for good cause appearing orders the following:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Relief from Automatic Stay in the above-entitled bankruptcy proceeding is granted by reason that Debtor has received an Order of Discharge from the Court.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Automatic Stay enumerated in Federal Rule of Bankruptcy Procedure 4001(a)(3) is terminated so as to allow Creditor GALLERIA PALMS, LLC, to undertake immediate judicial efforts, if necessary to recover possession of the subject property.

Submitted by:

**KARSAZ & ASSOCIATES**

By:__/s/ Eric R. Newmark_____
    **Eric R. Newmark, Esq.**
    *Attorney for Galleria Palms, LLC*

**APPROVED/DISAPPROVED**

By:_____
    **Del-Renee Powell**
    *Debtor*

**APPROVED/DISAPPROVED**

By:_____
    **Shelley D. Krohn**
    *Trustee*

ALTERNATIVE METHOD re: 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirements set forth in LR 9021(b) (1).

 X\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's Counsel:

\_\_\_\_\_ Approved the form of this order         _____ Disapproved the form of this order

\_\_\_\_\_ Waived the right to review the order and/or    \_\_\_\_\_ Failed to respond to the document

\_\_\_\_\_ Appeared at the hearing, waived the right to review the order

\_\_\_\_\_ Matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ Approved the form of this order         _____ Disapproved the form of this order

\_\_\_\_\_ Waived the right to review the order and/or    _____ Failed to respond to the document

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g) and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by

/s/ Eric R. Newmark, Esq.
Eric R. Newmark, Esq.
*Attorney for Creditor Galleria Palms, LLC*